**Order of August 6, 2015 Withdrawn; Order filed August 7, 2015.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00190-CV

———————

**CHRISTINE REULE, Appellant**

**V.**

**JOHN R. BELUS, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-37325**

## ORDER

On August 6, 2015, this court ordered the court reporter for the 190th District Court to file the following hearing records to the extent the records were recorded in trial court cause number 2014-37325 in the 190th District Court of Harris County: hearing records dated June 27, 2014, June 30, 2014, July 3, 2014, July 28, 2014, August 6, 2014, September 9, 2014, October 20, 2014, October 27, 2014, December 15, 2014, December 29, 2014, and January 20, 2015.

On August 6, 2015, the official court reporter, My Thuy Cieslar, responded with the following notations:

June 27, 2014 - no record

June 30, 2014 – no record

July 3, 2014, - no record

July 28, 2014, - no record

August 6, 2014 – sub reporter Patricia Palmer

September 9, 2014, - sub reporter Patricia Palmer

October 20, 2014 - sub reporter Patricia Palmer

October 27, 2014, - no record – submission docket

December 15, 2014, - I filed this on 5/18/15 – I have receipt that it was filed

December 29, 2014,- no record – submission docket

January 20, 2015 – sub reporter Patricia Palmer

We withdraw the August 6, 2015 order, and issue the following order:

Patricia Palmer, the substitute court reporter, is ordered to file the hearing records for which she is responsible as listed above. The reporter's records are to be filed on or before **September 9, 2015**.

My Thuy Cieslar, the official court reporter, is ordered to re-file the hearing record dated December 15, 2014. The court did not receive the record filed for that date.

Appellant's brief will be due 30 days after the reporter's records are filed.

PER CURIAM